# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, and TEDDY MARRERO, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 11 C 803-GPM-PMF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO WITHDRAW

Simon B. Auerbach ("Auerbach") of the law firm of Holland & Knight LLP, counsel of record for Defendant, Bay Industrial Safety Services, Inc. ("Defendant"), hereby moves the Court for leave to withdraw as counsel for Defendant and, in support hereof, states as follows:

1. Auerbach filed his appearance on behalf of Defendant on October 7, 2011.

2. Defendant recently informed Auerbach that it had retained Robert D. Wilson ("Wilson") of the Law Office of Robert Wilson, 18111 Preston Road, Suite 150, Dallas, Texas 75252, to represent it in this case, and asked Auerbach to withdraw as its counsel.

3. Wilson has confirmed that he has been retained to represent Defendant in this case to Auerbach (through his partner at Holland & Knight, Kenneth A. Jenero) and the Plaintiffs' attorney, Douglas M. Werman ("Werman").

4.      By e-mail dated October 28, 2011, a copy of which is attached, Werman acknowledged that he had received an e-mail from Wilson regarding his representation of Defendant and that he had informed Wilson that he had until November 4, 2011 to file an answer or he would pursue a default. It is the undersigned's understanding that Wilson will file his Entry of Appearance on behalf of Defendant, or Motion for Pro Hac Vice Admission, by that date.

5.      Auerbach has sent a copy of this motion to Defendant and Wilson by e-mail and certified mail, return receipt requested.

WHEREFORE, Auerbach requests that the Court grant him leave to withdraw as counsel for Defendant.

                Respectfully submitted,

                s/Simon B. Auerbach
                One of Its Attorneys

Simon B. Auerbach
(simon.auerbach@hklaw.com)
Holland & Knight LLP
131 South Dearborn Street
30th Floor
Chicago, Illinois 60603
Tel: 312-263-3600
Fax: 312-578-6666

# CERTIFICATE OF SERVICE

I, the undersigned, an attorney certify that on November 1, 2011, I served the foregoing **MOTION FOR LEAVE TO WITHDRAW** via electronic filing and that service was accomplished pursuant to the ECF for filing users.

s/Simon B. Auerbach
One of Its Attorneys

# EXHIBIT

## Jenero, Kenneth A (CHI - X65790)

**From:** dwerman@flsalaw.com
**Sent:** Friday, October 28, 2011 5:45 PM
**To:** Jenero, Kenneth A (CHI - X65790)
**Subject:** Re: Bay

He emailed me, but no call. I told him he had until 11/4 to file an answer. If not, I am going to default you guys.

Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: <kenneth.jenero@hklaw.com>
Date: Fri, 28 Oct 2011 22:40:31
To: <dwerman@flsalaw.com>
Subject: RE: Bay

The other attorney, Wilson, told me he would be faxing me his motion for admission pro hac vice so that I could file it along with my motion to withdraw. He also told me that he was going to call you right after we ended our call, and let you know that he had been retained and would be substituting in. Under the local court rules, it's easier for us to get out if there a substitution at the same time. Without the contemporaneous substitution, we have to provide 21 days' notice to the client by certified mail, etc., which I was trying to avoid. But I did not receive the fax. Did he at least connect with you? If not, then I guess I will have to do it the more difficult, and possibly more time-consuming, way.

Ken

Kenneth Jenero | Holland & Knight
Partner
131 South Dearborn Street, 30th Floor | Chicago IL 60603 Phone 312.715.5790 | Fax 312.578.6666 kenneth.jenero@hklaw.com | www.hklaw.com -----Original Message-----
From: dwerman@flsalaw.com [mailto:dwerman@flsalaw.com]
Sent: Friday, October 28, 2011 5:17 PM
To: Jenero, Kenneth A (CHI - X65790)
Subject: Bay

Ken: why no motion to withdraw? Doug.
Sent from my Verizon Wireless BlackBerry

****IRS CIRCULAR 230 DISCLOSURE: TO ENSURE COMPLIANCE WITH REQUIREMENTS IMPOSED BY THE IRS, WE INFORM YOU THAT ANY TAX ADVICE CONTAINED IN THIS COMMUNICATION (INCLUDING ANY ATTACHMENTS) IS NOT INTENDED OR WRITTEN BY HOLLAND & KNIGHT LLP TO BE USED, AND CANNOT BE USED, FOR THE PURPOSE OF (I) AVOIDING TAX-RELATED PENALTIES UNDER THE INTERNAL REVENUE CODE, OR (II) PROMOTING, MARKETING, OR RECOMMENDING TO ANOTHER PARTY ANY TAX-RELATED MATTER HEREIN.****

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and

do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.