IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES )<br>MARTIN FUENTES, WILLIAM RIVERA, )<br>and TEDDY MARRERO, on behalf of )<br>themselves and all other persons similarly )<br>situated, known and unknown, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BAY INDUSTRIAL SAFETY )<br>SERVICES, INC., SHAW ENERGY & )<br>CHEMICALS, INC., JENNIE RICH, and )<br>WILLIAM GLENN PARKER, )<br>)<br>Defendants. ) | Case No. 3:11-cv-00803 |

## STIPULATION

Plaintiffs Justin Attaway, Sam Fuentes, Martin Fuentes, William Rivera, Teddy Marrero, and Victor E. Alonso Aguirre and Defendants Bay Industrial Safety Services, Inc., Jennie Rich and William Glenn Parker, hereby stipulate as follows:

1. The information set forth in Exhibit A, attached hereto, identifies (a) the pay periods Defendants employed Justin Attaway, (b) the total hours Justin Attaway worked for Defendants in each pay period, (c) Justin Attaway's regular hourly rate of pay in each pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to Justin Attaway, and (e) the weekly living allowance Defendants paid to Justin Attaway, if any.

2. The information set forth in Exhibit B, attached hereto, identifies (a) the pay periods Defendants employed Sam Fuentes, (b) the total hours Sam Fuentes worked for Defendants in each pay period, (c) Sam Fuentes' regular hourly rate of pay in each pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to Sam Fuentes, and (e) the weekly living allowance Defendants paid to Sam Fuentes, if any.

3. The information set forth in Exhibit C, attached hereto, identifies (a) the pay periods Defendants employed Martin Fuentes, (b) the total hours Martin Fuentes worked for Defendants in each pay period, (c) Martin Fuentes' regular hourly rate of pay in each

1

pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to Martin Fuentes, and (e) the weekly living allowance Defendants paid to Martin Fuentes, if any.

4. The information set forth in Exhibit D, attached hereto, identifies (a) the pay periods Defendants employed William Rivera, (b) the total hours William Rivera worked for Defendants in each pay period, (c) William Rivera's regular hourly rate of pay in each pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to William Rivera, and (e) the weekly living allowance Defendants paid to William Rivera, if any.

5. The information set forth in Exhibit E, attached hereto, identifies (a) the pay periods Defendants employed Teddy Marrero, (b) the total hours Teddy Marrero worked for Defendants in each pay period, (c) Teddy Marrero's regular hourly rate of pay in each pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to Teddy Marrero, and (e) the weekly living allowance Defendants paid to Teddy Marrero, if any.

6. The information set forth in Exhibit F, attached hereto, identifies (a) the pay periods Defendants employed Victor E. Alonso Aguirre, (b) the total hours Victor E. Alonso Aguirre worked for Defendants in each pay period, (c) Victor E. Alonso Aguirre's regular hourly rate of pay in each pay period he worked for Defendants, (d) the weekly gross compensation Defendants paid to Victor E. Alonso Aguirre, and (e) the weekly living allowance Defendants paid to Victor E. Alonso Aguirre, if any.

Respectfully Submitted,

On behalf of Plaintiffs:

s/Douglas M. Werman
Douglas M. Werman
Werman Law Office, P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

Dated: October 1, 2012

On behalf of Defendants:

s/Robert D. Wilson (w/Consent)
Robert D. Wilson
Law Offices of Robert D. Wilson, PC
Lawyers Title Insurance Corporation
18111 Preston Road, Suite 150
Dallas, Texas 75252
(214) 637-8866

Dated: October 1, 2012