# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTIN ATTAWAY, et. al., | ) | MINUTES OF COURT |
| | ) | AND MINUTE ORDER |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 11-803-GPM-PMF |
| | ) | |
| BAY INDUSTRIAL SAFETY SERVICES, INC., et. al., | ) ) | |
| | ) | DATE: October 15, 2012 |
| Defendants. | ) | LOCATION: Benton |

**PRESENT: HONORABLE PHILIP M. FRAZIER, U. S. MAGISTRATE JUDGE**

DEPUTY CLERK: Karen R. Metheney  COURT REPORTER: N/A

COUNSEL FOR PLAINTIFFS: Douglas M. Werman

COUNSEL FOR DEFENDANTS: Jan Michelson, Attorney for Shaw Energy & Chemicals, Inc.; No appearance by counsel for Bay Industrial Safety Services, Inc., Jennie Rich and William Glenn Parker

PROCEEDINGS: Discovery Dispute Conference (telephonic)

Parties inform the Court of a dispute concerning the location of certain Plaintiffs. Counsel for Plaintiff shall be afforded opportunity to choose the location. The depositions shall occur in either Chicago or St. Louis.

Parties inform the Court of disputes concerning Defendant Shaw's responses to Plaintiff's interrogatories and requests for production.

The Court made the following rulings:

Plaintiffs' interrogatories:
#8 Objection overruled, in part. If there are communications subject to the work product or attorney-client privilege, Defendant Shaw shall provide a privilege log to Plaintiffs and shall submit any privileged information to Judge Frazier's proposed documents email address for in camera review no later than November 9, 2012.


#11 Objection sustained. Overbroad.

Plaintiffs' requests for production:
#27 Objection sustained, in part. Defendant Shaw shall produce any documents, records, reports etc. pertaining to the supervision of Plaintiffs at the Robinson facility.
#28 Withdrawn.
#36 Defendant Shaw shall amend answer to 'none.' If there are communications subject to the work product or attorney-client privilege, Defendant Shaw shall provide a privilege log to Plaintiffs and shall submit any privileged information to Judge Frazier's proposed documents email address for in camera review no later than **November 9, 2012**.

On oral motion by counsel for Plaintiff, the deadline for amending the pleadings is EXTENDED to **November 19, 2012.**