# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIC ATTAWAY, SAM FUENTES MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>    Defendants. | Case No. 3:11-cv-00803 |

## NOTICE OF WITHDRAWAL

Sarah N. Swatosh hereby gives notice that she is withdrawing as counsel of record in this case.

Respectfully submitted,

LITTLER MENDELSON, P.C.


*/s/ Sarah N. Swatosh*
Sarah N. Swatosh, #6300994
211 North Broadway, Ste. 1500
One Metropolitan Square
St. Louis, Missouri 63102
(314) 659-2000
(314) 659-2099 (FAX)
sswatosh@littler.com

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 11, 2013.

        Douglas M. Werman
        Werman Law Office, P.C.
        77 West Washington
        Suite 1402
        Chicago, Illinois 60602
        dwerman@flsalaw.com

        Robert Doyle Wilson
        Law Offices of Robert D. Wilson, PC
        18111 Preston Road
        Suite 150
        Dallas, Texas 75252
        rwilson@wilsonlawtexas.com

        Jan Michelsen, IN Bar No. 18078-49
        111 Monument Circle, Suite 4600
        Indianapolis, Indiana 46204
        Telephone: 317.916.1300
        Facsimile: 317.916.9076
        jan.michelsen@ogletreedeakins.com

        */s/ Sarah N. Swatosh*

Firmwide:121068610.1 999999.5922