# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE, <br><br> Plaintiffs, <br><br> v. <br><br> BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER, <br><br> Defendants. | Case No. 3:11-cv-00803 |

## MOTION TO WITHDRAW AS COUNSEL

Sarah N. Swatosh hereby gives notice that she is withdrawing as counsel of record in this case.

    Respectfully submitted,

    LITTLER MENDELSON, P.C.

    */s/ Sarah N. Swatosh*
    Sarah N. Swatosh, #6300994
    211 North Broadway, Ste. 1500
    One Metropolitan Square
    St. Louis, Missouri 63102
    (314) 659-2000
    (314) 659-2099 (FAX)
    sswatosh@littler.com

# CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 12, 2013.

      Douglas M. Werman
      Werman Law Office, P.C.
      77 West Washington
      Suite 1402
      Chicago, Illinois 60602
      dwerman@flsalaw.com

      Robert Doyle Wilson
      Law Offices of Robert D. Wilson, PC
      18111 Preston Road
      Suite 150
      Dallas, Texas 75252
      rwilson@wilsonlawtexas.com

      Jan Michelsen, IN Bar No. 18078-49
      111 Monument Circle, Suite 4600
      Indianapolis, Indiana 46204
      Telephone: 317.916.1300
      Facsimile: 317.916.9076
      jan.michelsen@ogletreedeakins.com

      */s/ Sarah N. Swatosh*

Firmwide:121068610.1 999999.5922