# Exhibit 7



| Invoice Date | Vendor No. | PO No. | Project | Location | Manager | |
|---|---|---|---|---|---|---|
| 11/29/2010 | 1216627 | 650943 | MSAT 2 | Marathon/Robinson, IL | Jennie Rich | Page 2 of 2 |

**CUSTOMER:** The Shaw Group Inc.
Attn: Accounts Payable Dept.
P.O. Box 98519
Baton Rouge, LA 70884

RECEIVED

DEC 0 9 2010

Account Payable

GWEN,FORD 468018 December 20, 2010 8:39:54 AM

| W/E Date | Hours | Employee No. | Rate | | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 11/22 - 11/28 | | | | | | | |
| Alonso, Victor | 16 | 1258456 | $ 44.41 | ST | Reimbursable Craft Labor | $ | 710.56 |
| Attaway, Justin | 24 | 1249475 | $ 67.00 | ST | Reimbursable Craft Labor | $ | 1,608.00 |
| Bailey, Matt | 30 | 1223038 | $ 59.41 | ST | Reimbursable Craft Labor | $ | 1,782.30 |
| | | | $ | OT | Reimbursable Craft Labor | $ | - |
| Blagrave, Astin | 29 | 125692 | $ 31.91 | ST | Reimbursable Craft Labor | $ | 925.39 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Dix, Judy | 30 | 1225369 | $ 31.91 | ST | Reimbursable Craft Labor | $ | 957.30 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Fuentes, | 30 | 1249466 | $ 76.38 | ST | Reimbursable Craft Labor | $ | 2,291.40 |
| Fuentes, Sam | 32 | 1240266 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 2,420.80 |
| Hardiman, Michael | 30 | 1251284 | $ 59.34 | ST | Reimbursable Craft Labor | $ | 1,780.20 |
| | | | $ 84.90 | OT | Reimbursable Craft Labor | $ | - |
| Hunter, Chad | 28 | 1222817 | $ 59.41 | ST | Reimbursable Craft Labor | $ | 1,663.48 |
| | | | $ 84.97 | OT | Reimbursable Craft Labor | $ | - |
| Marrero, Teddy | 30 | 1260000 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 2,269.50 |
| McDaniel, Jamie | 30 | 1241083 | $ 31.91 | ST | Reimbursable Craft Labor | $ | 957.30 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Rivera, William | 30 | 1257831 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 2,269.50 |
| | | | | | **Total Amount Due** | $ | 19,635.73 |

**TERMS: NET 30 DAYS**

Original

Attaway, et al. v. Shaw, et al.
SHAW001475



P.O. BOX 178
ROBINSON, ILLINOIS 62454

No. SG-092

Office: 618.544.5720
Fax: 618.544.5723

| Invoice Date | Vendor No. | PO No. | Project | Location | Manager | |
|---|---|---|---|---|---|---|
| 12/28/2010 | 1216627 | 560943 | MSAT 2 | Marathon/Robinson, IL | Jennie Rich | Page 2 of 2 |

CUSTOMER: The Shaw Group Inc.
Attn: Accounts Payable Dept.
P.O. Box 98519
Baton Rouge, LA 70884

| W/E Date | Hours | Employee No. | Rate | | Description | Amount |
|---|---|---|---|---|---|---|
| 12/20 - 12/26 | | | | | | |
| Alonso, Victor | 42 | 1258456 | $ 44.41 | ST | Reimbursable Craft Labor | $ 1,865.22 |
| Attaway, Justin | 38 | 1249475 | $ 67.00 | ST | Reimbursable Craft Labor | $ 2,546.00 |
| Bailey, Matt | 40 | 1223038 | $ | ST | Reimbursable Craft Labor | $ 2,376.40 |
| | 1 | | | OT | Reimbursable Craft Labor | $ 84.97 |
| Blagrave, Astin | 13.5 | | $ 31.91 | ST | Reimbursable Craft Labor | $ 430.79 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ - |
| Dix, Judy | | 1225369 | $ 31.91 | ST | Reimbursable Craft Labor | $ 973.26 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ - |
| Fuentes, | 30 | 1249466 | $ 76.38 | ST | Reimbursable Craft Labor | $ 2,291.40 |
| Fuentes, Sam | 30 | 1240266 | $ 75.65 | ST | Reimbursable Craft Labor | $ 2,269.50 |
| Hardiman, Michael | 40 | 1251284 | $ 59.34 | ST | Reimbursable Craft Labor | $ 2,373.60 |
| | | | $ 84.90 | OT | Reimbursable Craft Labor | $ - |
| Hunter, Chad | 40 | 1222817 | $ 59.41 | ST | Reimbursable Craft Labor | $ 2,376.40 |
| | 3 | | $ 84.97 | OT | Reimbursable Craft Labor | $ 254.91 |
| Marrero, Teddy | 40 | 1260000 | $ 75.65 | ST | Reimbursable Craft Labor | $ 3,026.00 |
| McDaniel, Jamie | 40 | 1241083 | $ 34.83 | ST | Reimbursable Craft Labor | $ 1,393.20 |
| | | | $ 49.86 | OT | Reimbursable Craft Labor | $ - |
| Rivera, William | 40 | 1257831 | $ 75.65 | ST | Reimbursable Craft Labor | $ 3,026.00 |
| | | | | | Total Amount Due | $ 25,287.64 |

**TERMS: NET 30 DAYS**

Original

Attaway, et al. v. Shaw, et al.
SHAW001560



BAY INDUSTRIAL SAFETY SERVICES, INC.
P.O. BOX 178
ROBINSON, ILLINOIS 62454

No. SG-137

Office: 618.544.5720
Fax: 618.544.5723

| Invoice Date | Vendor No. | PO No. | Project | Location | Operations Mgr. | Contact |
|---|---|---|---|---|---|---|
| 6/1/2011 | 1216627 | 550943 | MSAT II | Marathon/Robinson,IL | Jennie Rich | Blake Dufrene |

CUSTOMER: The Shaw Group Inc.
Attn: Accounts Payable Dept.
P.O. Box 98519
Baton Rouge, LA 70884

| W/E Date | Hours | Employee No. | Rate | | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 5/23 - 5/29 | | | | | | | |
| Alonso, Victor | 29 | 1258456 | $ 44.41 | ST | Reimbursable Craft Labor | $ | 1,287.89 |
| | | | $ 62.85 | OT | Reimbursable Craft Labor | $ | - |
| Attaway, Justin | 34 | 1249475 | $ 67.00 | ST | Reimbursable Craft Labor | $ | 2,278.00 |
| Bailey, Matt | 36 | 1223038 | $ 59.41 | ST | Reimbursable Craft Labor | $ | 2,138.76 |
| | | | $ 84.97 | OT | Reimbursable Craft Labor | $ | - |
| Blagrave, Ashtin | 32 | 1256925 | $ 31.91 | ST | Reimbursable Craft Labor | $ | 1,021.12 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Dix, Judy | 40 | 1225369 | $ 31.91 | ST | Reimbursable Craft Labor | $ | 1,276.40 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Fuentes, Martin | 32 | 1249466 | $ 76.38 | ST | Reimbursable Craft Labor | $ | 2,444.16 |
| Fuentes, Sam | 32 | 1240266 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 2,420.80 |
| Hunter, Chad | 32.5 | 1222817 | $ 59.41 | ST | Reimbursable Craft Labor | $ | 1,930.83 |
| | | | $ 84.97 | OT | Reimbursable Craft Labor | $ | - |
| Marrero, Teddy | 35 | 1260000 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 2,647.75 |
| McDaniel, Jamie | 32 | 1241083 | $ 34.83 | ST | Reimbursable Craft Labor | $ | 1,114.56 |
| | | | $ 49.86 | OT | Reimbursable Craft Labor | $ | - |
| Rivera, William | 40 | 1257831 | $ 75.65 | ST | Reimbursable Craft Labor | $ | 3,026.00 |
| | | | | | Total Amount Due | $ | 21,586.27 |

**TERMS: NET 30 DAYS**

Original

Attaway, et al. v. Shaw, et al.
SHAW002033



P.O. BOX 178  
ROBINSON, ILLINOIS 62454

No. SG-105

Office: 618.544.5720  
Fax: 618.544.5723

| Invoice Date | Vendor No. | PO No. | Project | Location | Operations Mgr. | Contact |
|---|---|---|---|---|---|---|
| 2/7/2011 | 1216627 | 550943 | MSAT II | Marathon/Robinson,IL | Jennie Rich | Blake Dufrene |

CUSTOMER: The Shaw Group Inc.  
Attn: Accounts Payable Dept.  
P.O. Box 98519  
Baton Rouge, LA 70884

RECEIVED FEB 22 2011

RECEIVED FEB 22 2011 BY:

| W/E Date 1/31 - 2/6 | Hours | Employee No. | Rate | | Description | Amount |
|---|---|---|---|---|---|---|
| Alonso, Victor | 49 | 1258456 | $ 44.41 | ST | Reimbursable Craft Labor | $ 2,176.09 |
| Attaway, Justin | 36 | 1249475 | $ 67.00 | ST | Reimbursable Craft Labor | $ 2,412.00 |
| Bailey, Matt | 40 | 1223038 | $ 59.41 | ST | Reimbursable Craft Labor | $ 2,376.40 |
| | 10 | | $ | OT | Reimbursable Craft Labor | $ 849.70 |
| Blagrave, Astin | 40 | 1256925 | $ 31.91 | ST | Reimbursable Craft Labor | $ 1,276.40 |
| | 4 | | $ 45.45 | OT | Reimbursable Craft Labor | $ 181.80 |
| Dix, Judy | 40 | 1225369 | $ 31.91 | ST | Reimbursable Craft Labor | $ 1,276.40 |
| | | | $ 45.45 | OT | Reimbursable Craft Labor | $ 11.36 |
| Fuentes, M | 40 | 1249466 | $ 76.38 | ST | Reimbursable Craft Labor | $ 3,055.20 |
| Fuentes, Sam | 50 | 1240266 | $ 75.65 | ST | Reimbursable Craft Labor | $ 3,782.50 |
| Hardiman, Michael | 40 | 1251284 | $ 59.34 | ST | Reimbursable Craft Labor | $ 2,373.60 |
| | 10 | | $ 84.90 | OT | Reimbursable Craft Labor | $ 849.00 |
| Hunter, Chad | 40 | 1222817 | $ 59.41 | ST | Reimbursable Craft Labor | $ 2,376.40 |
| | | | $ 84.97 | OT | Reimbursable Craft Labor | $ - |
| Marrero, Teddy | 68 | 1260000 | $ 75.65 | ST | Reimbursable Craft Labor | $ 5,144.20 |
| McDaniel, Jamie | 40 | 1241083 | $ 34.83 | ST | Reimbursable Craft Labor | $ 1,393.20 |
| | 6 | | $ 49.86 | OT | Reimbursable Craft Labor | $ 299.16 |
| Rivera, William | 68 | 1257831 | $ 75.65 | ST | Reimbursable Craft Labor | $ 5,144.20 |
| | | | | | Total Amount Due | $ 34,977.61 |

TERMS: NET 30 DAYS

Original

Attaway, et al. v. Shaw, et al.
SHAW001651



BAY INDUSTRIAL SAFETY SERVICES, INC.
P.O. BOX 178
ROBINSON, ILLINOIS 62454

No. SG-148

Office: 618.544.5720
Fax: 618.544.5723

| Invoice Date | Vendor No. | PO No. | Project | Location | Operations Mgr. | Contact |
|---|---|---|---|---|---|---|
| 7/14/2011 | 1216627 | 550943 | MSAT II | Marathon/Robinson,IL | Jennie Rich | Blake Dufrene |

CUSTOMER: The Shaw Group Inc.
Attn: Accounts Payable Dept.
P.O. Box 98519
Baton Rouge, LA 70884

| W/E Date | Hours | Employee No. | Rate | | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 7/4 - 7/10 | | | | | | | |
| Alonso, Victor | 40 | 1258456 | $ | 44.41 | ST | Reimbursable Craft Labor | $ | 1,776.40 |
| | 34 | | $ | 62.85 | OT | Reimbursable Craft Labor | $ | 2,136.90 |
| Attaway, Justin | 33 | 1249475 | $ | 67.00 | ST | Reimbursable Craft Labor | $ | 2,211.00 |
| Bailey, Matt | 40 | 1222008 | $ | 59.41 | ST | Reimbursable Craft Labor | $ | 2,376.40 |
| | 5 | | $ | 84.97 | OT | Reimbursable Craft Labor | $ | 424.85 |
| Blagrave, Ashtin | 39 | 1256925 | $ | 31.91 | ST | Reimbursable Craft Labor | $ | 1,244.49 |
| | | | $ | 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Dix, Judy | 40 | 1225369 | $ | 31.91 | ST | Reimbursable Craft Labor | $ | 1,276.40 |
| | | | $ | 45.45 | OT | Reimbursable Craft Labor | $ | - |
| Fuentes, Martin | 76 | 1249466 | $ | 76.38 | ST | Reimbursable Craft Labor | $ | 5,804.88 |
| Fuentes, Sam | 72 | 1240266 | $ | 75.65 | ST | Reimbursable Craft Labor | $ | 5,446.80 |
| Hunter, Chad | 40 | 1222817 | $ | 59.41 | ST | Reimbursable Craft Labor | $ | 2,376.40 |
| | 15 | | $ | 84.97 | OT | Reimbursable Craft Labor | $ | 1,274.55 |
| McDaniel, Jamie | 39 | 1241083 | $ | 34.83 | ST | Reimbursable Craft Labor | $ | 1,358.37 |
| | | | | | | Total Amount Due | $ | 27,707.44 |

**TERMS: NET 30 DAYS**

Original

Attaway, et al. v. Shaw, et al.
SHAW002169