IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE,<br><br>        Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:11-cv-00803<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION IN LIMINE NO. 2 –**

**ANY ARGUMENT OR EVIDENCE THAT PLAINTIFFS' JOB TITLES MEAN THAT PLAINTIFFS ARE "EXEMPT" SHOULD BE EXCLUDED**

Plaintiffs respectfully move this Court to exclude any argument or evidence that Plaintiffs' job titles mean or otherwise suggest that Plaintiffs are exempt from the provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201, *et seq.*, and the Illinois Minimum Wage Law ("IMWL"), 820 ILCS § 105/1, *et seq.*

The United States Department of Labor regulations specifically state, "A job title alone is insufficient to establish the exempt status of an employee." 29 C.F.R. § 541.2. Instead, the determination of an employee's exempt status depends on whether the employee's salary and duties meet the requirements set forth in the regulations governing the specific white collar exemptions. *Id.* Courts in the Seventh Circuit adhere to these regulations and have held that a plaintiff's actual job duties govern the exemption inquiry, not their job title. *See Gromek v. Big Lots, Inc.,* No. 10 C 4070, 2010 WL 5313792, at *4 (N.D. Ill. Dec. 17, 2010)(Court must look

beyond formal job descriptions to Plaintiffs' day-to-day responsibilities to determine if employees were misclassified); *Hundt v. DirectSat USA, LLC*, No. 08 C 7238, 2010 WL 2079585, at *1 (N.D. Ill. May 4, 2010)("[U]nder FLSA job titles are insufficient to create or defeat a claimed exemption from the overtime pay rules.")(internal citation omitted).  Here, Plaintiffs' job titles do not provide insight into the actual day-to-day job duties Plaintiffs performed during their employment with Defendants.  Nor do job titles inform the Court or jury as to whether Plaintiffs were paid on a hourly or salary basis.  Thus, this Court should exclude any argument or evidence that Plaintiffs' job titles mean or otherwise suggest that Plaintiffs are exempt from the provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. 201, *et seq.,* and the Illinois Minimum Wage Law ("IMWL"), 820 ILCS § 105/1, *et seq.*

                                      Respectfully submitted,

February 18, 2014                  s/ Douglas M. Werman
                                      DOUGLAS M. WERMAN
                                      MAUREEN A. SALAS
                                      SARAH J. ARENDT
                                      Werman Salas P.C.
                                      77 W. Washington Street, Suite 1402
                                      Chicago, IL 60602
                                      312-419-1008

                                      Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE,<br><br>Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>Defendants. | Case No. 3:11-cv-00803 |

**CERTIFICATE OF SERVICE**

I hereby certify that on **February 18, 2014** I electronically filed the foregoing **Plaintiffs' Motion In Limine No. 2 – Any Argument or Evidence That Plaintiffs' Job Titles Mean That Plaintiffs Are "Exempt" Should Be Excluded** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

- **Jan Michelsen**
  jan.michelsen@ogletreedeakins.com,amy.bennett@ogletreedeakins.com

- **Robert Doyle Wilson**
  rwilson@wilsonlawtexas.com,mthomas@wilsonlawtexas.com

s/Douglas M. Werman
One of Plaintiff's Attorneys

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs

3