# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

JUSTIN ATTAWAY, SAM FUENTES )
MARTIN FUENTES, WILLIAM RIVERA, )
TEDDY MARRERO, and VICTOR )
AGUIRRE ALONSO, )
)
    *Plaintiffs* )
        v. )   Civil Action No. 3:11-cv-00803
)
BAY INDUSTRIAL SAFETY SERVICES, INC., )
SHAW ENERGY & CHEMICALS, INC., )
JENNIE RICH, and WILLIAM GLENN PARKER, )
)
    *Defendants* )

## DEFENDANT
## BAY INDUSTRIAL SAFETY SERVICES, INC., JENNIE RICH,
## AND WILLIAM GLENN PARKER
## RESPONSES TO CROSS-DEFENDANT SHAW ENERGY & CHEMICALS, INC.'S
## FIRST SET OF INTERROGATORIES

COMES NOW BAY INDUSTRIAL SAFETY SERVICES, INC.. ("Bay Industrial"), JENNIE RICH("Rich") and WILLIAM GLEN PARKER("Parker") by counsel, and serves its response to Cross-Defendant SHAW ENERGY & CHEMICALS, INC. First Set of Interrogatories pursuant to FRCP 33, as follows:

## INTERROGATORIES

**INTERROGATORY NO. 1.** Please state by name, address and telephone number each person whom you claim has any knowledge regarding the subject matter of Plaintiffs' Complaints, including but not limited to, the specific allegations made in the Complaint, and also

describe all facts or information that you believe each person has or knows with regard to the Complaint that <u>Shaw</u>, not Bay, has any liability to Plaintiffs, including for unpaid wages or statutory damages.

**ANSWER:**

**Jennie Rich**

**William Parker**

Shaw salaried employees who have testified under oath via deposition or affidavit

The above representatives are aware of:

1. Pursuant to Defendants' Master Employment Services and Staffing Agreements, Shaw had the contractual right to unilaterally terminate Plaintiffs' employment at the Marathon Refinery.

2. Plaintiffs' termination from the Marathon Refinery by Defendant Shaw would have also resulted in Plaintiffs' employment with Bay being terminated.

3. Shaw managers and employees supervised Plaintiffs' work at the Marathon Refinery. Bay did not supervise Plaintiffs' work at the Marathon Refinery.

4. Shaw exercised control over the day to day terms of Plaintiffs' employment. For example, Defendant Shaw, and not Defendant Bay, set Plaintiffs' work schedules and determined when Plaintiffs were required to report to work at the Marathon Refinery and when they could stop working for the day.

5. Defendant Shaw, and not Defendant Bay, determined Plaintiffs' job titles at the Marathon Refinery.

6. Defendant Shaw, and not Defendant Bay, determined that Plaintiffs would be paid their straight-time regular hourly rate of pay for all time worked, including the hours Plaintiffs worked in excess of forty (40) hours in individual work weeks.

7. Defendant Shaw, and not Defendant Bay, set the regular base hourly rate of pay for each Plaintiff. The base regular rates were the hourly rates of pay that Bay paid Plaintiffs for each hour they worked for Shaw at the Marathon Refinery.

8. Defendant Bay could not modify Plaintiffs' regular rates of pay without first getting Shaw's approval.

9. Defendant Shaw provided Plaintiffs with a safety handbook and orientation materials.

10. Shaw, and not Defendant Bay, gave Plaintiffs their work tools, including tape measures, hard hats, safety glasses, fire protective clothing, steel-toed work boots, papers, pencils, calculators and computers to perform their work for Shaw.

11. Shaw, and not Defendant Bay, dictated Plaintiffs' job duties and responsibilities and determined which tasks they performed on a daily basis for Shaw at the Marathon Refinery.

12. Defendant Bay did not have the authority to dictate or alter Plaintiffs' job duties and responsibilities for Shaw at the Marathon Refinery.

13. Defendant Shaw maintained employment records on behalf of Plaintiffs, including time records, known as Shaw Time, which tracked the number of hours Plaintiffs worked each day at the Marathon Refinery. Defendant Bay did not keep its own time records, but instead relied on Shaw's time records for payroll purposes.

**INTERROGATORY NO. 2.** With respect to each of the allegations in Plaintiffs' Complaints:

(1) <u>identify by name</u> all individuals known to you or your attorneys who has or claims to have personal knowledge regarding the facts and circumstances upon which you base such allegation, and

(2) <u>describe each document</u> that you claim supports such allegation.

**ANSWER:**

**See answer to Interrogatory No. 1 above.**

**INTERROGATORY NO. 3.** Identify each and every person with whom Bay has consulted, upon whom Bay has relied, or who otherwise constituted a source of information for Bay's answers to these Interrogatories, listing with respect to each and every person the number of each Interrogatory as to which he or she helped to prepare answers or with respect to which she or he was consulted, relied upon or otherwise constituted a source of information.

**ANSWER:**

**Jennie Rich**

**William Parker**

**INTERROGATORY NO. 4.** Has Bay, Jennie Rich, or William Glenn Parker, or any employee, officer, agent, representative, or owner filed a petition for bankruptcy or have any plans to do so? If so, state:

a. Court, cause number, and date of each filing.

b. Current status of each.

**ANSWER:**

**Defendant Bay, Rich or Parker have never filed a Petition for Bankruptcy**

**INTERROGATORY NO. 5.** Please identify any and all businesses, corporations, LLCs, S-corps, Professional Corporations, not for profit organizations, sole proprietorships, or any other entity that is owned, operated, managed, or funded by William Glenn Parker, Jennie Rich, or any officer or legal representative of Bay, and for each:

a. Identify the corporate form of each; i.e., LLC, S-corp, etc.

b. Identify when the entity was organized or formed.

c. Identify in which state the entity was incorporated or otherwise is registered.

d. Identify what years taxes were filed for each entity and what revenues were reported for each.

**ANSWER:**

**Not applicable**

**INTERROGATORY NO. 6.** Please identify all parents, subsidiaries, affiliates, insurers, guarantors, investors, of Bay, Jennie Rich, and William Glenn Parker.

**ANSWER:**

Bay has workers comp insurance with Forrest Sherer, Inc., P.O. Box 900, Terre Haute, IN 47808-0900

Bay has general liability insurance with the same (Forrest Sherer).

Jennie Rich has homeowners insurance.

William Parker has health, personal auto and homeowners insurance.

**INTERROGATORY NO. 7.** Please identify all contracts or agreements with customers and clients of Bay since 2008 for the purpose of providing staffing services or and, for each, the total revenue derived in each year, the length of the contracts, and a summary of the type and extent of services Bay provided, is providing, or is contracted to provide the customer or client under the contract.

**ANSWER:**

Bay has provided staffing services for the following in the last 5 years:

1. Marathon Petroleum Company
2. Genesis Energy
3. Rain CII Carbon
4. Holly Construction

    Respectfully submitted,
    LAW OFFICES OF ROBERT D. WILSON, P.C.

Dated: 02/25/2014  By:    /s/ Robert D. Wilson
Robert D. Wilson
State Bar No. 00789823
18111 Preston Road
Suite 150 – Preston One
Dallas, Texas 75252
214-637-8866 (Tel)
214-637-2702 (Fax)
rwilson@wilsonlawtexas.com
Attorney for Defendant
**Bay Industrial Safety Services, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February 2014 in compliance with the Federal Rules of Civil Procedure, I sent the foregoing to the following attorneys who are known to represent Plaintiffs and the corresponding defendants.

/s/ Robert D. Wilson
Robert D. Wilson, Attorney for Defendant
**Bay Industrial Safety Services, Inc.**

For Plaintiffs:
Mr. Douglas M. Werman
**WERMAN LAW OFFICE, P.C.**
77 W. Washington Street Suite 1402
Chicago, Illinois 60602
312-419-1008 Telephone
312-419-1025 Facsimile

    For Defendant Shaw Energy
    Ms. Jan Michelsen
    OGLETREE, DEAKINS, ET AL
    111 Monument Circle, Suite 4600
    Indianapolis, IN 46204
    Telephone: 317.916.1300
    Facsimile: 317.916.9076
    *jan.michelsen@ogletreedeakins.com*

# VERIFICATION

STATE OF _Illinois_
COUNTY OF _CRAWFORD_

BEFORE ME, the undersigned notary public, on this day personally appeared _Jennie Rich_, on behalf of the Defendants in this case, who, after being by me duly sworn on her oath deposed and said that she is the Affiant, that she has read the foregoing, and that the statements therein are within her personal knowledge and are true and correct.

_____
Jennie Rich

Subscribed and sworn before me on _25th_ day of February, 2014, by the Affiant.

_____
Notary Public, State of _Illinois_

OFFICIAL SEAL
DONNITA S HOLMES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/20/16

8

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES<br>MARTIN FUENTES, WILLIAM RIVERA,<br>TEDDY MARRERO, and VICTOR<br>AGUIRRE ALONSO,<br><br>*Plaintiffs*<br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC.,<br>SHAW ENERGY & CHEMICALS, INC.,<br>JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>*Defendants* | Civil Action No. 3:11-cv-00803 |

## DEFENDANT SHAW ENERGY & CHEMICALS, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT BAY INDUSTRIAL SAFETY SERVICES, INC., JENNIE RICH, AND WILLIAM GLENN PARKER

### DOCUMENTS TO BE PRODUCED

**REQUEST NO. 1.** All documents that any Bay employee, officer, owner, agent, or representative (collectively "Bay") has taken, received or obtained from any person who Bay contends may have knowledge of any relevant fact(s) related to Plaintiffs' allegations, including, but not limited to, any statements, notes, affidavits, letters, faxes, text messages, blogs, postings or e-mails.

**RESPONSE:**

**All documents in possession of Bay, Rich & Parker related to this request have been previously provided to Plaintiff's counsel and co-Defendant's counsel throughout the 2 year litigation of this matter.**

**REQUEST NO. 2.** All documents that relate to or support any of Bay's responses to Defendant Shaw's First Set of Interrogatories to Bay, not requested herein, including but not limited to any documents identified, reviewed, referred to and/or used in formulating Bay's responses to Defendant Shaw's First Set of Interrogatories to Bay.

**RESPONSE:**

**All documents in possession of Bay, Rich & Parker related to this request have been previously provided to Plaintiff's counsel and co-Defendant's counsel throughout the 2 year litigation of this matter.**

**REQUEST NO. 3.** All non-privileged documents relating to any discussion or other communication Bay had with anyone, *including with counsel for Plaintiffs,* regarding the reason the original counsel for Bay withdrew from the lawsuit in the early stages, the indemnification and defense provisions in any contract or agreement between Bay and Shaw, any circumstances referring, relating to or regarding Bay's past, current, or future financial status or stability, or Bay's financial ability to satisfy the judgment in this case.

**RESPONSE:**

**All documents in possession of Bay, Rich & Parker related to this request have been previously provided to Plaintiff's counsel and co-Defendant's counsel throughout the 2 year litigation of this matter.**

**REQUEST NO. 4.** A copy of Bay's, Jennie Rich's, and William Glenn Parker's federal and state income tax returns, including all schedules, W-2 and 1099 forms and supporting documentation, filed for 2008 to the present.

**RESPONSE:**

**See attached Financial Authorizations**

**REQUEST NO. 5.** A copy of federal and state income tax returns, including all schedules, W-2, and 1099 forms and supporting documentation of any of the entities in Bay's answer to Interrogatory No. 5.

**RESPONSE:**

**See attached Financial Authorizations**

**REQUEST NO. 6.** All documents that refer or relate to any bankruptcy which has been filed by Bay, Jennie Rich, or William Glenn Parker, or any of the entities in Bay's answer to Interrogatory No. 5, or which Bay or any entity named in the Answer to Interrogatory No. 5 plans to file.

**RESPONSE:**

**Not Applicable**

**REQUEST NO. 7.** Any documents which refer or relate to settlement offers or demands between Bay and Plaintiffs, including any which transpired prior to the time Shaw was added as a Defendant in this case, including correspondence, voicemails, or emails.

**RESPONSE:**

**All documents in possession of Bay, Rich & Parker related to this request have been previously provided to Plaintiff's counsel and co-Defendant's counsel throughout the 2 year litigation of this matter.**

**REQUEST NO. 8.** Any and all documents which refer or relate to any sources of funds from which Bay currently is paying its attorney's fees and from which Bay would pay any settlement amount or adverse judgment, or indemnification and defense, including any lines of credit, insurance policies, etc.

**RESPONSE:**

**See attached Financial Authorization**

**REQUEST NO. 9.** All balance sheets and summary financial statements for Bay, and any other entity identified in your answer to Interrogatory No. 5 from 2008 to present.

**RESPONSE:**

**All documents in possession of Bay, Rich & Parker related to this request have been previously provided to Plaintiff's counsel and co-Defendant's counsel throughout the 2 year litigation of this matter.**

**REQUEST NO. 10.** All documents referring or relating to the contracts or agreements identified in Bay's response to Interrogatory No. 7.

**RESPONSE:**

Bay is attempting to gather this information and will supplement

                              Respectfully submitted,
                              LAW OFFICES OF ROBERT D. WILSON, P.C.

Dated: 02/25/2014          By:    /s/ Robert D. Wilson
                                    Robert D. Wilson
                                    State Bar No. 00789823
                                    18111 Preston Road
                                    Suite 150 – Preston One
                                    Dallas, Texas 75252
                                    214-637-8866 (Tel)
                                    214-637-2702 (Fax)
                                    rwilson@wilsonlawtexas.com
                                    Attorney for Defendant
                                    **Bay Industrial Safety Services, Inc.**

## CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of February 2014 in compliance with the Federal Rules of Civil Procedure, I sent the foregoing to the following attorneys who are known to represent Plaintiffs and the corresponding defendants.

                                    /s/ Robert D. Wilson
                                    Robert D. Wilson, Attorney for Defendant
                                    **Bay Industrial Safety Services, Inc.**

For Plaintiffs:
Mr. Douglas M. Werman
**WERMAN LAW OFFICE, P.C.**
77 W. Washington Street  Suite 1402
Chicago, Illinois  60602
312-419-1008  Telephone
312-419-1025  Facsimile

    For Defendant Shaw Energy
    Ms. Jan Michelsen
    OGLETREE, DEAKINS, ET AL
    111 Monument Circle, Suite 4600

5

Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*jan.michelsen@ogletreedeakins.com*

## AUTHORIZATION FOR RELEASE OF RECORDS

I, JENNIE D. RICH, AUTHORIZE SHAW ENERGY & CHEMICALS, INC., TO WHOM A SIGNED OR PHOTO-COPY OF THIS AUTHORIZATION IS DELIVERED, TO FURNISH ANY AND ALL RECORDS OR INFORMATION RELATING TO MY IRS TAX RETURN(S), CREDIT CARD STATEMENTS, BANK ACCOUNT RECORDS AND/OR PROPERTY RECORDS INFORMATION FOR THE DURATION OF 90 DAYS FROM THE SIGNATURE DATE TO _____

NAME _Jennie D. Rich_

ADDRESS _11982 N. 1150th St. Robinson, IL 62454_

SOCIAL SECURITY NO. _____

DATE OF BIRTH \_\_\_\_/\_\_\_\_/_____

DATE _2/25/14_   SIGNATURE _Jennie D. Rich_

## AUTHORIZATION FOR RELEASE OF RECORDS

I, WILLIAM G. PARKER, AUTHORIZE SHAW ENERGY & CHEMICALS, INC., TO WHOM A SIGNED OR PHOTO-COPY OF THIS AUTHORIZATION IS DELIVERED, TO FURNISH ANY AND ALL RECORDS OR INFORMATION RELATING TO MY IRS TAX RETURN(S), CREDIT CARD STATEMENTS, BANK ACCOUNT RECORDS AND/OR PROPERTY RECORDS INFORMATION FOR THE DURATION OF 90 DAYS FROM THE SIGNATURE DATE TO _____

NAME  William Glenn Parker

ADDRESS  P.O. Box 813 Flatonia, TX 78941

SOCIAL SECURITY NO. _____

DATE OF BIRTH _____

DATE 2/25/2014  SIGNATURE  [signature]

# Michelsen, Jan

| | |
|---|---|
| **From:** | Rwilson429 <rwilson429@aol.com> |
| **Sent:** | Tuesday, February 25, 2014 5:55 PM |
| **To:** | dwerman@flsalaw.com; Michelsen, Jan |
| **Subject:** | Bay, Rich & Parker responses to Shaw discovery requests |
| **Attachments:** | Completed_2-25-14_Wilson.RFI doc.doc; First_RFP_to_Defendant_Bay.RDW version 02 25 14.doc; verification signed by Rich for Ds.pdf; Financial Authorization Rich & Parker signed.pdf |

Jan(and Doug)--

As required by the Court, please find Bay, Rich & Parker's responses to Shaw's discovery requests.

Bob

LAW OFFICES OF ROBERT D. WILSON, PC
Lawyers Title Insurance Corporation
18111 Preston Road
Suite 150
Dallas, Texas 75252
(214)637-8866
(214)637-2702/fax

**visit us on the web at**   www.lawyerstitlewilsonlaw.com

The information in this email may be confidential and/or privileged. This email may be viewed only by the intended recipient named above. Any view, use or disclosure of the information contained in this email or any attachments by anyone other than the intended recipient, is prohibited. If you have received this email in error, please immediately notify the sender and permanently delete this email from your system.