IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE,<br><br>        Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:11-cv-00803<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' DESIGNATION OF DEPOSITION TESTIMONY FOR USE AT TRIAL

Plaintiffs Justin Attaway, Sam Fuentes, Martin Fuentes, William Rivera, and Teddy Marrero (collectively "Plaintiffs"), through counsel and pursuant to Fed.R.Civ.P. 32(a)(3), hereby designate the following deposition testimony of Defendant Shaw Energy & Chemicals, Inc. ("Shaw"), through its Rule 30(b)(6) witness, Christine Barker, for use as evidence at trial:

**Pls.' Exhibit No. 4, Deposition of Shaw Rule 30(b)(6) (Barker)**

**Page:Line**

1:1-6:15

13:1-7

17:9-22

28:2-24

46:6-48:5

53:4-54:6

57:8-22

60:16-63:25

67:19-68:21

78:21-79:16

96:12-97:1

140:8-141:7

These cited portions of Shaw's Rule 30(b)(6) deposition are attached hereto as Exhibit A.

                Respectfully submitted,

Dated:  March 25, 2014

                <u>s/Douglas M. Werman</u>

                Douglas M. Werman
                Maureen A. Salas
                Sarah J. Arendt
                Werman Salas P.C.
                77 W. Washington St., Suite 1402
                Chicago, Illinois 60602
                (312) 419-1008

                Richard J. (Rex) Burch
                Bruckner Burch PLLC
                1415 Louisiana Street, Suite 2125
                Houston, Texas 77002
                (713) 877-8788

                Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, TEDDY MARRERO, and VICTOR E. ALONSO AGUIRRE,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH, and WILLIAM GLENN PARKER,<br><br>    Defendants. | Case No. 3:11-cv-00803 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on **March 25, 2014** I electronically filed the foregoing **Plaintiffs' Designation of Deposition Testimony For Use At Trial** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

☐ **Jan Michelsen**
jan.michelsen@ogletreedeakins.com,amy.bennett@ogletreedeakins.com

☐ **Todd M. Nierman**
todd.nierman@ogletreedeakins.com

☐ **Robert Doyle Wilson**
rwilson@wilsonlawtexas.com,mthomas@wilsonlawtexas.com

                                                               s/Douglas M. Werman
                                                               One of Plaintiff's Attorneys

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Richard J. (Rex) Burch
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788

Attorneys for Plaintiffs