IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUSTIN ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, TEDDY L. MARRERO, VICTOR E. ALONSO AGUIRRE, <br><br> Plaintiffs, <br><br>vs. <br><br>BAY INDUSTRIAL SAFETY SERVICES INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH and WILLIAM GLENN PARKER, <br> Defendants, <br><br>SHAW ENERGY & CHEMICALS, INC., <br><br> Cross-Plaintiff, <br><br>vs. <br><br>BAY INDUSTRIAL SAFETY SERVICES, INC., <br><br> Cross-Defendants. | No.   11-803-SCW |

## JUDGMENT IN A CIVIL CASE

Plaintiffs **VICTOR E. ALONSO AGUIRRE'S** claims against Defendants **BAY INDUSTRIAL SAFETY SERVICES, INC., SHAW ENERGY & CHEMICALS, INC., JENNIE RICH** and **WILLIAM GLENN PARKER** were dismissed without prejudice by stipulation of the parties on March 17, 2014 (Doc. 218).

Plaintiffs' claims against Defendants **JENNIE RICH** and **WILLIAM GLENN PARKER** were dismissed with prejudice by Order entered by Magistrate Judge Stephen C. Williams on April 7, 2014 (Doc. 236).

**IT IS ORDERED AND ADJUDGED** that all claims between Plaintiffs **JUSTIN**

ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, TEDDY L. MARRERO and **VICTOR E. ALONSO AGUIRRE** and Defendant **SHAW ENERGY & CHEMICALS, INC.**, having been settled are dismissed with prejudice.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs **JUSTIN ATTAWAY, SAM FUENTES, MARTIN FUENTES, WILLIAM RIVERA, TEDDY L. MARRERO** and **VICTOR E. ALONSO AGUIRRE** and against Defendant **BAY INDUSTRIAL SAFETY SERVICES, INC.** Plaintiffs are prevailing parties.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Cross-Plaintiff **SHAW ENERGY & CHEMICAL, INC**. and against Cross-Defendant **BAY INDUSTRIAL SAFETY SERVICES, INC.** in the amount of one million, one hundred thirty-seven thousand, nine hundred and eight hundred dollars and seventy-three cents (1,137,908.73).

**DATED:** May 30, 2014

                                         **JUSTINE FLANAGAN, Acting Clerk of Court**

                                         **By: s/Angela Vehlewald**
                                         **Deputy Clerk**

**Approved: s//Stephen C. Williams**
          **STEPHEN C. WILLIAMS**
          **UNITED STATES MAGISTRATE JUDGE**