IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUSTIN ATTAWAY, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Case No. 11−cv−803−SCW |
| ) | |
| **BAY INDUSTRIAL SAFETY SERVICES INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

# ORDER

**WILLIAMS, Magistrate Judge:**

On July 9, 2014, Defendant Bay Industrial Services filed a Suggestion of Bankruptcy. (Doc. 275). Defendant advises the Court that on July 3, 2014, it filed a voluntary petition for relief in the United States Bankruptcy Court for the Southern District of Illinois under Chapter 11 of the Bankruptcy Code, case no. 14-60259. Defendant Bay Industrial's filing results in an automatic stay of case as to this Defendant. **11 U.S.C. § 362 (filing of bankruptcy petition stays "the commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor [and] . . . any act to collect, assess, or recover a claim against the debtor.")**. Therefore, pursuant to **11 U.S.C. § 362,** all proceedings herein against Bay Industrial Services are **STAYED**. The stay shall remain effective until the parties notify the Court that the bankruptcy proceedings have been resolved and that the stay may be lifted, or until this Court is notified that the claim may proceed with the approval of the bankruptcy court.

Counsel for Bay Industrial Services, Inc. shall submit notices to the Court every October and April, beginning in October 2014, regarding that status of the bankruptcy proceeding, unless events warrant the filing of an earlier report.

**IT IS SO ORDERED**

**Date:** July 15, 2014                                                                 **/s/ *Stephen C. Williams*  **
                                                                                        **Stephen C. Williams**
                                                                                        United States Magistrate Judge